**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RICHARD MOORE,

                Plaintiff,                19 **CIVIL** 4646 (ALC)

      -against-                          **JUDGMENT**

ANDREW M. SAUL, Commissioner of
Social Security,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 30, 2020, Plaintiff's motion is GRANTED, and Defendant's motion is DENIED. The case is remanded for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
       September 30, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                        **BY:**    *K. Mango*
                                                    _____
                                                    **Deputy Clerk**